IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | CASES EXHIBIT A |

**ORDER**

Pending are the generic drug manufacturer defendants' motions for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). However, I intend to consider matters outside the pleadings[1] when addressing the motions, so the motions must be treated as motions for summary judgment.[2]

Accordingly, by 5 p.m., Monday, May 20, 2013, Plaintiff must provide all additional evidence that she claims support the causes of action in her amended complaint against the generic drug manufacturers. I believe that two weeks is sufficient time since discovery has been ongoing for ten years and my September 2012 Order directed that Plaintiff provide specific factual allegations -- at this point, Plaintiff should have the evidentiary support for any allegations in her amended complaint.

The supplement should provide supporting evidence for Plaintiff's allegations rather than prose. Generic allegations without evidentiary support are insufficient at this point.

IT IS SO ORDERED this 6th day of May, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] For example, on April 1, I requested that Plaintiff provide me with the FDA's letter from 2000 mentioned in the Amended Complaint. In response, Plaintiff provided several documents.

[2] Federal Rule of Civil Procedure 12(d) reads: "If, on a motion under 12(b)(6) or 12(c) matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion."

1

# EXHIBIT A

4:04-cv-00717-BRW  Lund v. Wyeth, et al
4:04-cv-00723-BRW  Gallegos v. Wyeth
4:04-cv-01223-BRW  Alexander et al v. Wyeth LLC et al
4:04-cv-01294-BRW  Cheltra v. Wyeth, et al
4:04-cv-01308-BRW  Banard, et al v. Wyeth, et al

4:05-cv-00075-BRW  Clouser v. Wyeth, et al
4:05-cv-00146-BRW  Lee v. Wyeth, et al
4:05-cv-00206-BRW  Posey et al v. Wyeth et al
4:05-cv-00253-BRW  Palomo, et al v. Wyeth, et al
4:05-cv-00396-BRW  Daly v. Wyeth, et al

4:05-cv-00558-BRW  Andenoro, et al v. Wyeth, et al
4:05-cv-00598-BRW  Paquin, et al v. Wyeth, et al
4:05-cv-00614-BRW  Campbell v. Wyeth, et al
4:05-cv-00697-BRW  Spicer v. Wyeth, et al
4:05-cv-00910-BRW  Wilkerson v. Wyeth Inc, et al

4:05-cv-01366-BRW  Cain v. Pharmacia a Upjohn Company LLC et al
4:05-cv-01433-BRW  Bowling et al v. Wyeth et al
4:05-cv-01573-BRW  Beaver v. Wyeth et al
4:05-cv-01575-BRW  Miller v. Wyeth et al
4:05-cv-01793-BRW  Keener v. Pfizer Inc et al

4:05-cv-01896-BRW  Johnson v. Wyeth et al
4:06-cv-00079-BRW  Hinkle v. Wyeth et al
4:06-cv-00160-BRW  Giambrone v. Wyeth et al
4:06-cv-00294-BRW  Ridgeway et al v. Wyeth et al
4:06-cv-00430-BRW  Dudley v. Wyeth et al

4:06-cv-00443-BRW  Plowman et al v. Wyeth et al
4:06-cv-00493-BRW  Bolton et al v. Wyeth et al
4:06-cv-00722-BRW  Moffett v. Wyeth et al
4:06-cv-00800-BRW  Thomas v. Wyeth et al
4:06-cv-00821-BRW  Goldberg v. Wyeth et al

4:06-cv-00879-BRW  Russell et al v. Vivelle Ventures LLC et al
4:06-cv-00916-BRW  Lyons v. Wyeth et al
4:06-cv-00938-BRW  Wright v. Wyeth et al
4:06-cv-01022-BRW  Black v. Wyeth et al
4:06-cv-01048-BRW  Goodman v. Wyeth et al

4:06-cv-01120-BRW   White-Brown v. Wyeth et al
4:06-cv-01127-BRW   Wojcik v. Wyeth et al
4:06-cv-01165-BRW   Cavaliere v. Wyeth et al
4:06-cv-01224-BRW   Bradley v. Wyeth et al
4:06-cv-01339-BRW   Kinser v. Wyeth et al

4:06-cv-01345-BRW   Clement et al v. Wyeth et al
4:06-cv-01398-BRW   Puzzuole v. Wyeth et al
4:06-cv-01438-BRW   Zimmerman v. Wyeth et al
4:06-cv-01443-BRW   Johnson v. Wyeth et al
4:06-cv-01455-BRW   Neubarth v. Wyeth et al

4:06-cv-01488-BRW   Roseman v. Wyeth et al
4:06-cv-01502-BRW   Rosenbloom et al v. Wyeth et al
4:06-cv-01506-BRW   Balis et al v. Wyeth et al
4:06-cv-01516-BRW   Schultz v. Wyeth et al
4:06-cv-01564-BRW   Sayers v. Wyeth et al

4:06-cv-01617-BRW   Koch v. Wyeth et al
4:06-cv-01650-BRW   Chambers v. Wyeth et al
4:06-cv-01679-BRW   Rittenberry v. Wyeth et al
4:07-cv-00095-BRW   Williams et al v. Wyeth et al
4:07-cv-00419-BRW   Tangman et al v. Wyeth et al

4:07-cv-00478-BRW   Harding v. Wyeth et al
4:07-cv-00558-BRW   Dale v. Wyeth et al
4:07-cv-00731-BRW   Irwin et al v. Wyeth et al
4:08-cv-00402-BRW   Kielty v. Wyeth et al
4:08-cv-00462-BRW   Okon v. Wyeth et al

4:08-cv-00699-BRW   Draper et al v. Wyeth et al
4:08-cv-00864-BRW   Barnes v. Wyeth et al
4:08-cv-01393-BRW   Fisher v. Wyeth et al
4:08-cv-01687-BRW   Peterson v. Wyeth et al
4:08-cv-01848-BRW   Weaver v. Barr Pharmaceuticals Inc et al

4:08-cv-01999-BRW   Weaver v. Wyeth et al
4:08-cv-02116-BRW   Blaisdell v. Wyeth et al
4:08-cv-02313-BRW   Weaver v. Wyeth et al
4:08-cv-02314-BRW   Kropf v. Wyeth et al
4:08-cv-02388-BRW   McCarthy v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02413-BRW   Cook v. Wyeth et al
4:08-cv-03119-BRW   Estell v. Wyeth et al
4:08-cv-03121-BRW   Reed v. Pfizer Inc et al
4:08-cv-03167-BRW   Bumpas v. Wyeth et al
4:08-cv-03178-BRW   Johann v. Wyeth et al

| Case Number | Caption |
|---|---|
| 4:08-cv-03207-BRW | McLain v. Wyeth et al |
| 4:08-cv-03211-BRW | Haupert v. Wyeth et al |
| 4:08-cv-03213-BRW | Weinfurtner v. Wyeth et al |
| 4:08-cv-03631-BRW | Alvarran et al v. Wyeth, et al |
| 4:08-cv-03677-BRW | Burton et al v. Wyeth, et al |
| 4:08-cv-03699-BRW | Hennin v. Wyeth Inc et al |
| 4:08-cv-03723-BRW | Cornell v. Wyeth, et al |
| 4:08-cv-03777-BRW | Goodman et al v. Wyeth, et al |
| 4:08-cv-03833-BRW | Humphreys v. Wyeth, et al |
| 4:08-cv-03905-BRW | Mayo et al v. Wyeth, et al |
| 4:08-cv-03913-BRW | Roy et al v. Wyeth, et al |
| 4:08-cv-03923-BRW | Saunders et al v. Wyeth, et al |
| 4:08-cv-03927-BRW | Scarbro et al v. Wyeth, et al |
| 4:08-cv-03932-BRW | Scott et al v. Wyeth, et al |
| 4:08-cv-03985-BRW | Mitchelll v. Wyeth, et al |
| 4:08-cv-04017-BRW | Utt et al v. Wyeth, et al |
| 4:08-cv-04087-BRW | Poe et al v. Wyeth, et al |
| 4:09-cv-00103-BRW | Huff v. Barr Laboratories Inc et al |
| 4:09-cv-00741-BRW | Frambs v. Wyeth et al |
| 4:10-cv-00291-BRW | Turk v. Wyeth et al |
| 4:10-cv-00350-BRW | Banks v. Wyeth LLC et al |
| 4:10-cv-00370-BRW | Steele et al v. Wyeth et al |
| 4:10-cv-00461-BRW | Slaton v. Wyeth LLC et al |
| 4:10-cv-00475-BRW | Hart et al v. Wyeth LLC et al |
| 4:10-cv-00478-BRW | Evosevich et al v. Wyeth LLC et al |
| 4:10-cv-00569-BRW | Williams v. Wyeth LLC et al |
| 4:10-cv-00609-BRW | Walther v. Wyeth LLC et al |
| 4:10-cv-00656-BRW | Wilson v. Wyeth LLC et al |
| 4:10-cv-00823-BRW | Kirchhoff v. Wyeth LLC et al |
| 4:10-cv-00912-BRW | Jacquemart v. Wyeth LLC et al |
| 4:10-cv-00921-BRW | Bussart v. Wyeth LLC et al |
| 4:10-cv-00922-BRW | Moore v. Wyeth LLC et al |
| 4:10-cv-00923-BRW | Meranto v. Wyeth LLC et al |
| 4:10-cv-00926-BRW | Fields v. Wyeth LLC et al |
| 4:10-cv-00935-BRW | Wood v. Wyeth LLC et al |
| 4:10-cv-00941-BRW | Mangan v. Wyeth LLC |
| 4:10-cv-00955-BRW | Provasnik v. Wyeth Inc et al |
| 4:10-cv-00988-BRW | Anglin v. Wyeth LLC et al |
| 4:10-cv-00989-BRW | Dahlman v. Wyeth LLC et al |
| 4:10-cv-01018-BRW | Raatz v. Wyeth LLC et al |

```
4:10-cv-01029-BRW   Beylen v. Wyeth LLC et al
4:10-cv-01030-BRW   Contreras v. Wyeth LLC et al
4:10-cv-01034-BRW   Howard v. Wyeth LLC et al
4:10-cv-01035-BRW   Stanionis v. Wyeth LLC et al
4:10-cv-01039-BRW   Gilmore v. Wyeth LLC et al

4:10-cv-01040-BRW   Crane v. Wyeth LLC et al
4:10-cv-01046-BRW   Meiller v. Wyeth LLC
4:10-cv-01060-BRW   Sain v. Wyeth LLC et al
4:10-cv-01061-BRW   Struckmann v. Wyeth LLC et al
4:10-cv-01080-BRW   Dasen v. Wyeth LLC et al

4:10-cv-01267-BRW   Owens et al v. Wyeth LLC et al
4:10-cv-01272-BRW   Mosely v. Wyeth LLC et al
4:11-cv-00203-BRW   Whatley et al v. Wyeth LLC et al
4:11-cv-00787-BRW   Riegle et al v. Wyeth LLC et al
```